Joshua P. Davis, SBN 193254
jdavis@bergermontague.com
Berger Montague PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: 415-215-0962
Facsimile: 215-875-4604

*Counsel for Plaintiff*
*[Addtl. Counsel on Sig. Page]*

Robert D. Phillips, Jr. (SBN 82639)
E-mail: bo.phillips@alston.com
Thomas A. Evans (SBN 202841)
E-mail: tom.evans@alston.com
Tania L. Kazi (SBN 294387)
E-mail: tania.kazi@alston.com
Alston & Bird LLP
55 Second St., Suite 2100
San Francisco, CA 94105
Telephone: 415 243 1000
Facsimile: 415 243 1001

Samuel J. Park (SBN 245327)
E-mail: samuel.park@alston.com
Alston & Bird LLP
350 South Grand Ave., 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

William H. Higgins (SBN 208514)
E-mail: william.higgins@alston.com
Alston & Bird LLP
1120 S. Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1000
Facsimile: 704-444-1111

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica L. Taylor, individually and as representative of the Class,<br><br>Plaintiff,<br><br>v.<br><br>Midland National Life Insurance Company,<br><br>Defendant. | Case No. 5:23-cv-04125-PCP<br><br>**STATUS REPORT & STIPULATED REQUEST TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

Plaintiff Veronica L. Taylor ("Plaintiff") and Defendant Midland National Life Insurance Company ("Defendant") (together, the "parties") hereby provide the following update to the Court and stipulate and respectfully request pursuant to Local Civil Rule 7-11 as follows:

1.  On March 23, 2026, the parties gave notice to the Court that they had reached a class settlement in principle and requested this matter be stayed.  (ECF No. 106.)

2.  On that same date, the Court granted the parties' requested stay for sixty (60) days, setting a May 22, 2026 deadline for the parties to either file a motion for preliminary approval or a joint statement as to progress toward a settlement agreement.  (ECF No. 107.)

3.  The parties have been working together to formalize and document their settlement in a final settlement agreement.  Plaintiff has additionally been gathering administration proposals for class notice, and drafting a motion for preliminary approval.  The parties do require additional time to finalize the settlement and bring it before the Court, and thus request an additional thirty (30) days, up to and including June 22, 2026, of the stay of the case schedule and for the deadline to file a motion for preliminary approval.

4.  This is the parties' first requested extension of the stay and the deadline to file for preliminary approval.  No other case deadlines are affected, given the stay.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: May 22, 2026

/s/John G. Albanese
E. Michelle Drake*
emdrake@bergermontague.com
John G. Albanese*
jalbanese@bergermontague.com
Ariana B. Kiener*
akiener@bergermontague.com
Joseph C. Hashmall*
jhashmall@bergermontague.com
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

Joshua P. Davis, Bar No. 193254
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (415) 215-0962
Fax: (215) 875-4604

jdavis@bergermontague.com

Carl F. Engstrom*
Mark E. Thomson*
Steven J. Eiden*
Jennifer Lee*
ENGSTROM LEE LLC
729 N. Washington Ave., Suite 600
Minneapolis, MN 55401
Tel: (612) 305-8349; Fax: (612) 677-3050
cengstrom@engstromlee.com
mthomson@engstromlee.com
seiden@engstromlee.com
jlee@engstromlee.com

*admitted pro hac vice

*Counsel for Plaintiff*

Date: May 22, 2026

/s/Thomas A. Evans
Robert D. Phillips, Jr. (SBN 82639)
E-mail: bo.phillips@alston.com
Thomas A. Evans (SBN 202841)
E-mail: tom.evans@alston.com
Tania L. Kazi (SBN 294387)
E-mail: tania.kazi@alston.com
ALSTON & BIRD LLP
55 Second St., Suite 2100
San Francisco, CA 94105
Telephone: +1 415 243 1000
Facsimile: +1 415 243 1001

Samuel J. Park (SBN 245327)
E-mail: samuel.park@alston.com
ALSTON & BIRD LLP
350 South Grand Ave., 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

William H. Higgins (SBN 208514)
E-mail: william.higgins@alston.com
ALSTON & BIRD LLP
1120 S. Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: 704-444-1000
Facsimile: 704-444-1111

*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED. The stay is continued up to and including June 22, 2026, at which point, the parties shall file the motion for preliminary approval of the settlement.

Date:   May 22, 2026

Hon. P. Casey Pitts
U.S. District Judge